BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6840
    FAX: (415) 436-7234
    Email: kevin.barry@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 15-0127 WHO |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL** |
| TOBY GEORGE, | |
| Defendant. | |

Defendant Toby George has successfully completed a one-year term of diversion and has withdrawn his plea of guilty to Count Two of the Superseding Indictment in this case. With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment with prejudice.

DATED: April 20, 2017

                                                                   Respectfully submitted,

                                                                   BRIAN J. STRETCH
                                                                   United States Attorney

                                                                   /s/ Barbara J. Valliere
                                                                  BARBARA J. VALLIERE
                                                                  Chief, Criminal Division

NOTICE OF DISMISSAL, CR 15-0127 WHO, United States v. Toby George

1 |     Leave is granted to the government to dismiss the indictment as to Toby George, and it is
2 | dismissed with prejudice.

Date: September 20, 2021

_____
HON. WILLIAM H. ORRICK
United States District Judge